JOHN HEMPHILL, Appellant, v STATE OF NEW YORK, Respondent.

Decided February 18, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

ANTHONY JACKSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 30, 2013; decided February 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

NELLA MANKO, Appellant, v ELTON STRAUSS et al., Respondents, et al., Defendants.

Submitted December 16, 2013; decided February 18, 2014

Motion, insofar as it seeks leave to appeal from the August 2012 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (21 NY3d 898 [2013]) from the same Appellate Division order (*see Selinger v Selinger*, 90 NY2d 842 [1997]); motion for leave to appeal otherwise dismissed upon the ground that the other orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.